Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:07-cr-00566-MCE |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Morrison C. England ) Time:   9:00 a.m. ) Date:   February 28, 2008 |
| Salvador Corona-Mancilla, | ) |
| Defendant | |

Defendant Salvador Corona-Mancilla is charged in an indictment alleging one count of a violation of 18 U.S.C. §1326(a) & (b)1 – Ilegal re-entry into the United States after deportation and commission of a felony.  A status conference was previously set for January 24, 2008.  The parties are involved in defense investigation, as well as negotiations and the defendant requests that the current status conference be continued to February 28, 2008, and that date is available with the Court.

///

///

///

-1-

1    The parties agree that time should be excluded under 18 U.S.C. §
2 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 16, 2008          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Salvador Corona-Mancilla


                                 /s/ Kyle Reardon
                                 Kyle Reardon
                                 Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through
February 28, 2008, based on Local Code T4, giving counsel reasonable
time to prepare.

DATED: January 25, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR
                                 UNITED STATES DISTRICT JUDGE